IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **WAYNE WILLIAMS,** | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action 2:12-0258-KD-B |
| **AETNA LIFE INSURANCE CO.,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 29, 2013 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant's motion to dismiss (doc. 5) is GRANTED in part and DENIED in part; that Plaintiff's motion to remand (Doc. 7) is DENIED; and that the parties' respective motions for leave to supplement the record (docs. 27, 28) are GRANTED.

**DONE** and **ORDERED** this 15th day February, 2013.

　　　　　　　　　　　　　　　　 s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　KRISTI K. DuBOSE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE