IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE WILLIAMS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12-00258-KD-B |
| ) | |
| AETNA LIFE INSURANCE COMPANY ) | |
| and RENEE FIGGE, Trustee, Trust for ) | |
| Active Group Health and Welfare Benefits ) | |
| of the Army and Air Force Exchange ) | |
| Service, ) | |
|     Defendants. ) | |

**JUDGMENT**

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in this action as follows:

1. in favor of Defendant Aetna Life Insurance Company ("Aetna") and against Plaintiff Wayne Williams ("Williams") such that all claims against Aetna are **DISMISSED with prejudice**; and

2. in favor of Defendant Renee Figge, Trustee, Trust for Active Group Health and Welfare Benefits of the Army and Air Force Exchange Service ("Figge"), and against Williams such that all claims against Figge are **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the **14th** day of **February 2014**.

                                                                             s/ Kristi K. DuBose
                                                                             **KRISTI K. DuBOSE**
                                                                             **UNITED STATES DISTRICT JUDGE**